UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SADEK & COOPER
1315 Walnut Street, Ste 502
Philadelphia, PA 19107
(856) 890-9003; FAX (215) 545-0611
Attorney(s) for Debtor

In Re:

Walter A. Lion, IV

Case No.:   21-17323 (ABA)

Judge:   Andrew B. Altenburg

Chapter:   13

# CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☒ Motion for Relief from the Automatic Stay filed by   MidFirst Bank  , creditor,

    A hearing has been scheduled for   February 1, 2022  , at  10:00 am .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for.  Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Debtor has mailed payments for October, November and December of 2021 in the total amount of $5,944.17 to the mortgage lender. Debtor acknowledges that the funds have not been deducted from his account. Debtor proposes immediate payment to resolve arrears from October 2021 through and including Janaury 2022. Debtor will resume regular monthly payments February 2022.

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: January 21, 2022   /s/ Walter A. Lion, IV
Debtor's Signature

Date: _____   _____
Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*