

IN THE UNITED STATES BANKRUPTCY COURT

NEW JERSEY

IN PROCEEDINGS:    21-17323

DEBTOR(S):

WALTER A LION

WITHDRAWAL OF CLAIM

PLEASE WITHDRAW CLAIM NUMBER 2 IN THE AMOUNT OF $263.81

CREDITOR'S SIGNATURE:

/s/ Brandie McCann

CREDITOR CONTACT INFO:

LVNV Funding, LLC

Resurgent Capital Services

PO Box 10587

Greenville, SC 29603

(877) 264-5884

DATE:

4/29/2022