# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT <u>DISTRICT OF NEW JERSEY</u>**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 21-17323 ABA
CHAPTER 13
Judge: Andrew B. Altenburg Jr.

In re:

Walter A. Lion IV aka Walter Anthony Lion, IV

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 02/05/2018

I, **Leah Pattison**, employed as **Vice President** by MidFirst Bank, hereby certifies the following information:

Recorded on March 03, 2018 in <u>Camden</u> County, in Book 10837, at Page 819.
Property Address: <u>415 East Central Avenue, Blackwood NJ 08012.</u>

Mortgage Holder: <u>MidFirst Bank</u>

Mortgagor(s)/ Debtor(s): <u>Walter A. Lion IV aka Walter Anthony Lion, IV</u>

POST-PETITION PAYMENTS (Petition filed on September 17, 2021)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered 05/02/2022. | | | | | - |
| $3,962.78 | | Agreed Order Payment | $0.00 | | $0.00 |
| $1,981.39 | 06/01/2022 | | $0.00 | | $0.00 |
| $1,981.39 | 07/01/2022 | | $0.00 | | $0.00 |
| Total Due: $7,925.56 | | Total Received: $0.00 | | Arrears: $7,925.56 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $1,981.39
Agreed Order payments past due 1 mo. X $3,962.78
Arrears: $7,925.56

Each current monthly payment is comprised of:
    Principal and Interest: $994.51_____
    R.E. Taxes:          $_____
    Insurance:           $_____
    Other:               $986.88_____    (Specify:Escrow)
    TOTAL            $1,981.39_____

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

PRE-PETITION ARREARS: $69,769.90

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 08-04-2022

Signature

Leah Pattison
Vice President