UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR-9004-1**

KML Law Group, P.C.
By: Denise Carlon Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-2363
Attorneys for Secured Creditor: MidFirst Bank

In Re:

Walter A. Lion IV aka Walter Anthony Lion, IV

    Debtor

Case No:    21-17323 ABA

Chapter:    13

Judge:    Andrew B. Altenburg Jr.

## CERTIFICATION OF SERVICE

1. I, Thomas Diruscio:

    ☐ Represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Denise Carlon, who represents the Secured Creditor in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On 08/05/2022, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Certification of Default
    - Proposed Order
    - Exhibits
    - Certification of Service

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 08/05/2022                     /S/Thomas Diruscio

| Name and Address of Party Served | Relation of Party to the Case | Mode of Service |
|---|---|---|
| Walter A. Lion IV aka Walter Anthony Lion, IV<br>415 East Central Avenue<br>Blackwood, NJ 08012 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Brad J. Sadek<br>Sadek and Cooper<br>1315 Walnut Street Suite 502<br>Philadelphia, PA 19107 | Attorney for Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |
| Isabel C. Balboa Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center - 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other<br>_____<br>(as authorized by the court *) |