# EXHIBIT B

**UNITED STATES BANKRUPTCY
COURT DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J.LBR 9004-1
Denise Carlon, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
Main Phone: 609-250-0700
dcarlon@kmllawgroup.com
MidFirst Bank

CASE NO. 21-17323 ABA
CHAPTER 13
Judge: Andrew B. Altenburg Jr.

In re:

Walter A. Lion IV aka Walter Anthony Lion, IV

## CERTIFICATE RE POST-PETITION PAYMENT HISTORY ON THE NOTE AND MORTGAGE DATED 02/05/2018

I, __Crystal Baker__, employed as __Vice President__ by MidFirst Bank, hereby certifies the following information:
Recorded on March 03, 2018 in Camden County, in Book 10837, at Page 819.
Property Address: 415 East Central Avenue, Blackwood NJ 08012.

Mortgage Holder: MidFirst Bank

Mortgagor(s)/ Debtor(s): Walter A. Lion IV aka Walter Anthony Lion, IV

POST-PETITION PAYMENTS (Petition filed on September 17, 2021)

| Amount Due | Date pymt was due | How Pymt was Applied (mo/yr) | Amount Received | Date Pymt Rec'd | Suspense |
|---|---|---|---|---|---|
| Agreed Order entered 09/07/2022. | | | | | - |
| | | To Suspense | $9,906.95 | 09/19/2022 | |
| $9,906.95 | 08/31/2022 | Agreed Order Lump Sum Payment | From Suspense | 09/26/2022 | $0.00 |
| $1,981.39 | 09/01/2022 | | $0.00 | | $0.00 |
| $1,981.39 | 010/01/2022 | | $0.00 | | $0.00 |
| Total Due: $13,869.73 | | Total Received: $9,906.95 | | Arrears: $3,962.78 | |

Continue on attached sheets if necessary.

Monthly payments past due: 2 mos. X $1,981.39
Arrears: $3,962.78

Each current monthly payment is comprised of:
    Principal and Interest: $994.51
    R.E. Taxes: $_____
    Insurance: $_____
    Other: $986.88      (Specify: Escrow)
    TOTAL $1,981.39

If the monthly payment has changed during the pendency of the case, please explain (attach separate sheet(s) if necessary)

PRE-PETITION ARREARS: $69,769.90

I certify under penalty of perjury that the foregoing is true and correct.

Dated: 11·10·2022

_____
Signature
Crystal Baker
Vice President