Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-17323 (ABA)

Walter A. Lion, Iv  
415 East Central Avenue  
Blackwood, NJ  08012

Monthly Payment: $1,470.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/25/2022 | $1,387.00 | 02/22/2022 | $1,387.00 | 03/21/2022 | $1,387.00 | 04/29/2022 | $1,387.00 |
| 05/27/2022 | $1,442.00 | 07/05/2022 | $1,442.00 | 08/01/2022 | $1,460.00 | 08/31/2022 | $1,460.00 |
| 10/03/2022 | $1,460.00 | 10/31/2022 | $1,460.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | WALTER A. LION, IV | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $2,863.00 | $2,863.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $800.00 | $800.00 | $0.00 | $0.00 |
| 0 | BRAD J. SADEK, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 1 | LVNV FUNDING, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | TRUIST BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BANK OF AMERICA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | BARCLAYS BANK DELAWARE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE BANK USA, N.A. | 33 | $599.52 | $0.00 | $599.52 | $0.00 |
| 6 | CHASE CARD SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | DIRECTV, LLC | 33 | $664.13 | $0.00 | $664.13 | $0.00 |
| 8 | MARINER FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MIDLAND FUNDING, LLC | 33 | $703.14 | $0.00 | $703.14 | $0.00 |
| 10 | MIDFIRST BANK | 24 | $69,769.90 | $11,577.77 | $58,192.13 | $0.00 |
| 11 | MR. COOPER | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | ORTHPAEDICS WOODBURY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | SAVIT COLLECTION AGENCY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | SMARTPAY RENTALS LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SNAP ON CREDIT LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SOUTH JERSEY RADIOLOGY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | BRAD J. SADEK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | WALTER A LION IV | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | MIDFIRST BANK | 13 | $538.00 | $538.00 | $0.00 | $0.00 |
| 23 | ADLER AND STOMEL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 25 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2021 | 6.00 | $0.00 |
| 04/01/2022 | Paid to Date | $8,322.00 |
| 05/01/2022 | 2.00 | $1,442.00 |
| 07/01/2022 | 5.00 | $1,460.00 |
| 12/01/2022 | 46.00 | $1,470.00 |
| 10/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $14,272.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $0.00 |
| Arrearages: | $1,543.00 |
| Attorney: | BRAD J. SADEK, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**