Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−17323−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter A Lion IV
   aka Walter Anthony Lion IV
   415 E. Central Avenue
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−3296

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:              May 9, 2023
Time:              10:00 AM
Location:          Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*55* − Certification in Opposition to Creditor's Certification of Default (related document:54 Creditor's Certification of Default (related document:17 Motion for Relief from Stay re: re: 415 East Central Avenue, Blackwood, NJ 08012. Fee Amount $ 188. filed by Creditor MidFirst Bank, 50 Order (Generic)) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 04/18/2023. (Attachments: # 1 Exhibit − Court−Approved Stipulation # 2 Exhibit − Client Affidavit # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Brad J. Sadek on behalf of Walter A Lion IV. (Sadek, Brad)

and transact such other business as may properly come before the meeting.


Dated: April 13, 2023
JAN: eag

                                                            Jeanne Naughton
                                                            Clerk