Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−17323−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Walter A Lion IV
   aka Walter Anthony Lion IV
   415 E. Central Avenue
   Blackwood, NJ 08012

Social Security No.:
   xxx−xx−3296

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 7/21/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).


Dated: July 21, 2023
JAN:

                                                          Jeanne Naughton
                                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                Case No. 21-17323-ABA

Walter A Lion, IV                                         Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                     User: admin                                    Page 1 of 2

Date Rcvd: Jul 21, 2023                              Form ID: 148                                Total Noticed: 25

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+                 Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^                 Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Walter A Lion, IV, 415 E. Central Avenue, Blackwood, NJ 08012-2718 |
| 519310149 | | Adler Stomel & Tucker, 78 W. Bridgeton Street, Bridgeton, NJ 08302 |
| 519310160 | + | Orthpaedics Woodbury, 1000 White Horse, Ste 506, Voorhees, NJ 08043-4411 |
| 519310162 | + | SmartPay Rentals LLC, P.O. Box 322, Leola, PA 17540-0322 |
| 519310164 | + | South Jersey Radiology, 1307 White Horse Rd., Ste A102, Voorhees, NJ 08043-2100 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 21 2023 21:01:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 21 2023 21:01:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519310150 | | EDI: BANKAMER.COM | Jul 22 2023 00:41:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 519310152 | | Email/Text: bankruptcy@bbandt.com | Jul 21 2023 21:01:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 519310151 | + | EDI: TSYS2 | Jul 22 2023 00:41:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519310153 | + | EDI: CAPITALONE.COM | Jul 22 2023 00:41:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519319547 | + | EDI: AIS.COM | Jul 22 2023 00:41:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519314110 | + | EDI: AIS.COM | Jul 22 2023 00:41:00 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519310154 | | EDI: JPMORGANCHASE | Jul 22 2023 00:41:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 519310155 | ^ | MEBN | Jul 21 2023 20:57:02 | KML Law Group P.C., Suite 5000- BNY Independance Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 519315685 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 21 2023 21:10:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519310156 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 21 2023 21:00:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519447864 | + | EDI: AISMIDFIRST | Jul 22 2023 00:41:00 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |

Case 21-17323-ABA  Doc 69  Filed 07/23/23  Entered 07/24/23 00:18:43  Desc Imaged
Certificate of Notice  Page 3 of 3

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 21, 2023 | Form ID: 148 | Total Noticed: 25 |

| | | | | |
|---|---|---|---|---|
| 519334582 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 21 2023 21:01:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519310157 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 21 2023 21:01:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 519310158 | + | EDI: AISMIDFIRST | Jul 22 2023 00:41:00 | Midland Mortgage Co, Attn: Customer Service/Bankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 519310159 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jul 21 2023 21:00:00 | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 519310163 | | Email/Text: legalservices12@snaponcredit.com | Jul 21 2023 21:00:00 | Snap On Credit LLC, 950 Technology Way, Ste 301, Libertyville, IL 60048 |
| 519310161 | + | Email/Text: bankruptcy@savit.com | Jul 21 2023 21:02:00 | SaVit Collection Agency, Attn: Bankruptcy, Po Box 250, East Brunswick, NJ 08816-0250 |
| 519310165 | | EDI: TDBANKNORTH.COM | Jul 22 2023 00:41:00 | TD Bank, N.A., Attn: Bankruptcy, 32 Chestnut Street Po Box 1377, Lewiston, ME 04243 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2023                     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brad J. Sadek | on behalf of Debtor Walter A Lion IV bradsadek@gmail.com, bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;jeanie@sadeklaw.com;service@sadeklaw.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5